IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RODNEY ALVERSON,                )<br>                                 )<br>     Plaintiff(s),              )<br>                                 )<br>     v.                         )<br>                                 )<br>J. HAMM, et al.,                )<br>                                 )<br>     Defendants.                ) | CIVIL ACTION NO.<br>2:22cv392-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983 and the Americans with Disabilities Act, 42 U.S.C. §§ 12132, plaintiff, a state prisoner, filed this lawsuit complaining that defendants for months delayed providing him with a specific kind of lock that he needed due to a disability, resulting in the loss of his property. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice pursuant to 28 U.S.C. § 1915(g).  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 10th day of August, 2022.

                                           /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE